IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALTER GLOVER,** | : CIVIL NO. 1:13-CV-2729 |
| Plaintiff | : |
| v. | : (Judge Rambo) |
| | : (Magistrate Judge Carlson) |
| **P. HORVATH,** *et al.*, | : |
| Defendants | : |

# **O R D E R**

AND NOW, this 1st day of July, 2015, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 36).

2) The motion to dismiss (Doc. 23) is **GRANTED**.

3) Plaintiff is granted leave to file an amended complaint **no later than July 22, 2015,** in conformity to the standard set forth in the cases of *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *Phillips v. County of Allegheny*, 515 F.3d 224, 230 (3d Cir. 2008); and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

3) Failure to comply with the above directive will result in dismissal of this action with prejudice.

4) This action is remanded to Magistrate Judge Carlson for further proceedings.

                                                s/Sylvia H. Rambo
                                           United States District Judge