IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALTER GLOVER,** | Civil No. 1:13-cv-2729 |
| **Plaintiff** | |
| v. | |
| **PAUL HORVATH, et al.** | **Judge Sylvia H. Rambo** |
| **Defendants** | **Magistrate Judge Carlson** |

## O R D E R

Before the court is a September 11, 2015 report and recommendation of the magistrate judge (Doc. 44) to whom this matter was referred, in which he recommends that the court dismiss Plaintiff's complaint with prejudice as frivolous for failure to state a claim and close the case. Objections to the report and recommendation were due no later than September 28, 2015, and, to date, no objections have been filed.

Therefore, upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 44);

2) The complaint is **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim;

3) The clerk of court is directed to close the case; and

4) Any appeal taken from this order is deemed frivolous and not taken in good faith.

s/Sylvia H. Rambo
United States District Judge

Dated: October 13, 2015.